## Frederick GIBBS, Plaintiff—Appellant,

### v.

**Clifton STYRON; James Shingleton, Defendants—Appellees,**

### and

**Ralph Thomas, Sheriff, Defendant,**

### and

**Corporal Hunter, Defendant.**

### No. 07–6636.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 23, 2007.

Decided: Aug. 29, 2007.

Fredrick Gibbs, Appellant Pro Se. Norwood Pitt Blanchard, III, Cranfill, Sumner & Hartzog, LLP, Wilmington, North Carolina, for Appellees.

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fredrick Gibbs appeals the district court's order and judgment denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gibbs v. Thomas,* No. 5:04–ct–00422–FL (E.D.N.C. Apr. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*